# PD-1599-15

PD-1599-15
COURT OF CRIMINAL APPEALS
AUSTIN, TEXAS
Transmitted 12/9/2015 9:43:46 AM
Accepted 12/11/2015 10:37:40 AM
ABEL ACOSTA
CLERK

PD No:_____

| | |
|---|---|
| JACOB BRENT SMITH | IN THE TEXAS COURT |
| VS. | OF CRIMINAL APPEALS |
| STATE OF TEXAS | AUSTIN, TEXAS |

## MOTION FOR EXTENSION OF TIME TO FILE
## APPELLANT'S *PRO-SE* PETITION FOR DISCRETIONARY REVIEW

TO THE HONORABLE JUDGES OF SAID COURT:

COMES NOW, Appellant, by and through the undersigned attorney, who has personal knowledge of the matters contained herein, and files this Motion for Extension of Time to File Appellant's *Pro-Se* Petition for Discretionary Review, and in support thereof would show:

I.

Appellant was convicted of evading arrest or detention in a vehicle and sentenced to 30 years in the Texas Department of Criminal Justice - Institutional. The trial court was the 185th District Court of Harris County, Texas. The trial court cause number was: 1410410. On December 1, 2015, the Fourteenth Court of Appeals in Houston, Texas, affirmed appellant's conviction in appellate cause number: 14-14-00681-CR.

II.

The current deadline for filing appellant's Petition for Discretionary Review is December 31, 2015.

FILED IN
COURT OF CRIMINAL APPEALS

December 11, 2015

ABEL ACOSTA, CLERK

## III.

No previous extension of time to file a Petition for Discretionary Review has been requested by appellant.

## IV.

The undersigned is not pursuing further appellate review on behalf of Mr. Smith. The undersigned is notifying appellant of his right to pursue a Petition for Discretionary Review in this Court.

## V.

Appellant is requesting an additional thirty (30) day extension until February 1, 2016 in which to file his *pro-se* Petition for Discretionary Review in this matter.

## VI.

This request is not made for the purpose of delay but to insure Appellant's right to appellate review in this matter.

## VII.

Appellant's last known address within the Texas Department of Criminal Justice is:

> Mr. Jacob Brent Smith
> TDCJ-ID # 1947387
> Eastham Unit
> 2665 Prison Road 1
> Lovelady, Texas   75851

WHEREFORE, PREMISES CONSIDERED, the undersigned prays that the Court grant this Motion for Extension of Time to File Appellant's *Pro-Se* Petition for Discretionary Review until February 1, 2016.

Respectfully submitted,

Wayne T. Hill
SBOT: 09656300
4615 Southwest Freeway, Suite 600
Houston, Texas 77027
(713) 623-8312
wthlaw@aol.com

## CERTIFICATE OF SERVICE

A true and correct copy of this motion was mailed to:

Harris County District Attorney's Office
Appellate Division
1201 Franklin, 6th Floor
Houston, Texas 77002

Mr. Jacob Smith
(Address noted above)

Wayne T. Hill